# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**WARREN EASTERLING,**

        **Plaintiff,**

-vs-　　　　　　　　　　　　　　　　　　　　　　Case No. 3:17-CV-328

**JEFFREY SESSIONS, et al.,**

        **Defendants.**

## ORDER TRANSFERRING CASE

IT IS ORDERED that the above captioned matter be transferred from the docket of the Honorable Thomas M. Rose, to the Honorable Edmund A. Sargus, Jr, Chief Judge, for reassignment in either the Cincinnati Division or Columbus Division, in the Southern District of Ohio.

**DONE** and **ORDERED** in Dayton, Ohio, this 29th day of September, 2017.

*s/Thomas M. Rose*

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT